US v. VERDUGO MOLINA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

|  |  |  |
|---|---|---|
|  |  | Date of Arrest: March 20, 2026 |
| UNITED STATES OF AMERICA | ) | Magistrate's Case No. **26-01208MJ** |
|  | ) |  |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
|  | ) | 18 U.S.C. § 554(a) |
|  | ) | (Smuggling Goods from the United |
| Vs. | ) | States) |
|  | ) | (Count 1) |
|  | ) |  |
| Ivan Guadalupe VERDUGO MOLINA | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
|  | ) |  |
| YOB: 1998 | ) |  |
| United States Citizen | ) |  |
|  | ) |  |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about March 20, 2026, in the District of Arizona, Defendant IVAN GUADALUPE VERDUGO MOLINA, knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, and merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: (1) FN Columbia SC USA, model M249S, 5.56-millimeter (mm) caliber rifle, serial number M249SA11014; (1) FN USA, model Scar 17s, 7.62x51mm caliber rifle, serial number H1C32697; (1) FN Columbia SC USA, model Scar 17S, 7.62x51 mm rifle, serial number H0C13847; (1) M1919 style belt-fed firearm, 7.62 mm; (1) Glock, model 19, 9mm pistol, serial number CDZP030; (1) Romarm Cugir Romania CAI VT, model WASR 10, 7.62x39mm caliber rifle, serial number A1-37305-15RO; (3) Glock 15 round magazines; (5) AK style 30 round magazines; (1) 7.62x51mm 25 round magazine; and (1) 7.62x51mm 20 round magazine.

In violation of Title 18, United States Code, Section 554(a)

I further state that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA PATRICK E. CHAPMAN for AUSA PATRICK SLOANE.

*Patrick E. Chapman*
Digitally signed by Patrick E. Chapman
Date: 2026.03.20 14:36:25 -07'00'

MANUEL BERRONES VALENZUELA
Digitally signed by MANUEL BERRONES VALENZUELA
Date: 2026.03.20 14:32:35 -07'00'

Manuel Berrones Valenzuela
Special Agent - ATF

Sworn and subscribed telephonically before me this _____23rd_____ day of _____March_____ 2026.

James F. Metcalf
United States Magistrate Judge

US v. VERDUGO MOLINA

UNITED STATES OF AMERICA

vs.

Ivan Guadalupe VERDUGO MOLINA

**STATEMENT OF FACTS**

I, Manuel Berrones Valenzuela, being duly sworn do state the following:

**INTRODUCTION AND BACKGROUND OF AFFIANT**

Your affiant, Manuel Berrones Valenzuela, is a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) assigned to the Yuma, Arizona office. Your affiant has been a Special Agent for ATF since January 2024. During this period, your affiant has conducted investigations involving narcotics and firearms smuggling. Prior to becoming a Special Agent for ATF Yuma, your affiant was a Customs and Border Protection Officer (CBPO) in Calexico, California for about four (4) years. During this time, your affiant made several arrests and took part in investigations for missing persons, federal warrants, narcotics and firearms smuggling, which resulted in the arrest and successful prosecution of the offenders. Your affiant has attended and completed the Criminal Investigator Training Program and the ATF Special Agent Training at the Federal Law Enforcement Training Center in Glynco, Georgia.

As a Special Agent, my duties include investigating federal criminal offenses in the District of Arizona. This includes violations of federal criminal statutes related to firearms and narcotics trafficking, dealing firearms without a license, and straw purchasing.

As a Special Agent, I am authorized to investigate violations of laws of the United States, and I have participated in the execution of federal search warrants and state search warrants. In addition, I have received training regarding the investigation of various federal offenses and am familiar with some of the techniques used by individuals and by criminal organizations to conceal illicit activity.

In preparing this Statement of Facts, I have conferred with other law enforcement officials who share the opinions and conclusions stated herein. I have personal knowledge of the following facts or have learned them from other law enforcement officers. I have also relied on my training, experience, and background in law enforcement to evaluate this information. Since this Statement of Facts is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included each and every fact or source of information establishing the violation of federal law.

US v. VERDUGO MOLINA

## PROBABLE CAUSE

On March 19, 2026, ATF and Border Patrol Agents (BPA) were conducting surveillance in San Luis, Arizona. At approximately 09:48 PM, Border Patrol Agents were in the parking area of Del Sol Market located at 1930 E. Juan Sanchez Blvd., San Luis, Arizona 85349.  BPAs saw a black Toyota Corolla bearing Arizona license plate 13A7YK parked next to a red Dodge Ram.

The driver of the Toyota Corolla, later identified as VERDUGO Molina, Ivan Guadalupe (DOB: 1998, Arizona Driver License D07451074), exited the Toyota Corolla and approached the front passenger door of the Dodge Ram. VERDUGO then walked to the trunk of the Toyota Corolla, opened it, and proceeded to the rear passenger side door of the Dodge Ram. VERDUGO removed objects from the Ram and placed them in the trunk of the Toyota Corolla.

BPA observed what appeared to be rifle barrels and a small case. VERDUGO made approximately four to five trips between the Dodge Ram and his vehicle. During the last two trips, BPA observed what appeared to be a barrel with a muzzle flash hider and an AK-47 rifle, identified by its barrel shape and gas tube protruding from VERDUGO's silhouette. VERDUGO then closed the trunk and departed the area.

BPAs and ATF SAs conducted surveillance on the Toyota Corolla to the area of the San Luis International Port of Entry (POE). The Toyota Corolla would get in line in the southbound lane headed to Mexico but would get out of the line right before entering the Port of Entry. The only traffic in the area was in the southbound lane VERDUGO kept entering and exiting. Agents also observed the Toyota Corolla park at different locations which were approximately .2 miles from the San Luis International Port of Entry. VERDUGO continued with the same driving pattern for approximately 2.5 hours. Based on training and experience, this driving pattern is consistent with firearm smuggling to Mexico. Smugglers drive around the area of the Port of Entry to determine if they are being followed or to see if CBP is inspecting vehicles on the southbound lane.

At approximately 12:10 AM, VERDUGO attempted to enter Mexico through the southbound lane. Customs and Border Protection (CBP) Anti-Terrorism Contraband Enforcement Team (ATCET) Officers were notified, and ATCET stopped VERDUGO for an inspection. CBPOs obtained a negative oral customs declaration from VERDUGO for firearms, ammunition, and currency. CBPOs also asked VERDUGO if the Toyota Corolla belonged to him and he confirmed. CBPOs instructed VERDUGO to drive through the Mobile X-Ray Portal Light (MXPL). VERDUGO drove through the MXPL and parked in the Vehicle Secondary lot. CBPOs obtained a second negative oral customs declaration for

firearms, ammunition, and currency, from VERDUGO. CBPOs verified the X-ray scan of the vehicle and noticed anomalies in the trunk area. CBPOs opened the trunk of the vehicle and removed the wheel well cover and discovered several firearms. See the below photographs:

 

The following items were removed from the Toyota Corolla:
a.  FN Columbia SC USA, model M249S, 5.56-millimeter (mm) caliber rifle, serial number M249SA11014;
b.  FN USA, model Scar 17s, 7.62x51mm caliber rifle, serial number H1C32697;
c.  FN Columbia SC USA, model Scar 17S, 7.62x51 mm rifle, serial number H0C13847;
d.  M1919 style belt fed firearm,7.62 mm;
e.  Glock, model 19, 9mm pistol, serial number CDZP030;
f.  Romarm Cugir Romania CAI VT, model WASR 10, 7.62x39mm caliber rifle, serial number A1-37305-15RO;
g.  (3) Glock 15 round magazines;
h.  (5) AK style 30 round magazines;
i.  (1) 7.62x51mm 25 round magazine; and
j.  (1) 7.62x51mm 20 round magazine.


Homeland Security Investigations (HSI) and ATF SAs along with BP agents responded to the San Luis POE and continued the investigation into VERDUGO. Agents read VERDUGO an Advice of Rights and Waiver (ATF E- Form 3200.4). VERDUGO did not wish to speak with the agents without a lawyer present, and agents concluded the interview.


//

US v. VERDUGO MOLINA

Based on the foregoing, there is probable cause to believe that IVAN GUADALUPE VERDUGO MOLINA, committed the offense alleged in the Complaint.

MANUEL BERRONES VALENZUELA

Digitally signed by MANUEL BERRONES VALENZUELA
Date: 2026.03.20 14:33:40 -07'00'

Manuel Berrones Valenzuela
Special Agent - ATF

Sworn and subscribed telephonically before me this ___23rd___ day of March, 2026.

HONORABLE JAMES F. METCALF

United States Magistrate Judge